UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSHUA HUGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:12-CV-167-TAV-HBG |
| MILLENNIUM LABORATORIES, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

This case came before the Court on Defendant's Motion for Summary Judgment [Doc. 31], the Honorable Thomas A. Varlan, Chief United States District Judge, having rendered a decision on the defendant's motion. For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment, defendant Millennium Laboratories Inc.'s Motion for Summary Judgment is **GRANTED.**

**IT IS ORDERED AND ADJUDGED** that the plaintiff Joshua Hugo take nothing, that this action is **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Millennium Laboratories, Inc., recover of the plaintiff Joshua Hugo its costs of action.o

Dated at Knoxville, Tennessee, this 6th day of January, 2014.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT