# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| JOSHUA HUGO ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-CV-00167 |
| ) | |
| vs. ) | |
| ) | |
| MILLENNIUM LABORATORIES, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Sixth Circuit the District Court's Memorandum Opinion [Doc. 52] and its Judgment [Doc. 53] entered on January 6, 2014.

RESPECTFULLY SUBMITTED this 5th day of February, 2014.

        TAYLOR & KNIGHT, GP

        /s/Arthur F. Knight, III
        Arthur F. Knight, III, BPR No. 016178
        800 South Gay Street, Suite 600
        Knoxville, Tennessee 37929
        Phone: (865) 971-1701
        amber@taylorknightlaw.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of the foregoing document on the all parties via the electronic filing system through the United States District Court website. All other parties not linked to this site, have been served via the United States Postal Service, postage pre-paid.

This 5th day of February, 2014.

/s/Arthur F. Knight, III
Arthur F. Knight, III