## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 26, 2014

Ms. Debra Poplin
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 14-5132, *Joshua Hugo v. Millennium Laboratories, Inc*
Originating Case No. : 3:12-cv-00167

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Benjamin P. Alexander
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. Robert E. Boston
    Mr. Arthur F. Knight III
    Mr. John J. Park
    Mr. Jonathan Swann Taylor

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-5132
_____

Filed: November 26, 2014

JOSHUA HUGO

    Plaintiff - Appellant

v.

MILLENNIUM LABORATORIES, INC

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 10/31/2014 the mandate for this case hereby issues today.

COSTS: None